UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

ELIZABETH THOMAS,                           26 Civ. 868 (PAE) (GS)
                    Plaintiff                26 Civ. 871 (PAE) (GS)


-v-


P.C.F. PROPERTIES IN TX, LLC,
                    Defendant.


_____

## ORDER GRANTING APPELLANTS MOTION FOR RELIEF FROM JUDGMENT

Upon consideration of Appellant's Motion for Relief from Judgment pursuant to Federal Rule of Civil Procedure 60(b)(1), and any response thereto, it is hereby:

ORDERED that Appellant's Motion is GRANTED; and it is further.

ORDERED that this Court's prior Order dismissing Appellant's bankruptcy appeal for untimeliness is hereby VACATED; and it is further

ORDERED that Appellant's written Objections received by the Court on April 13, 2026, are accepted as timely filed, and this bankruptcy appeal shall proceed to a determination on the underlying merits. SO ORDERED.

    Dated: _____, 2026


                            _____
                            UNITED STATES DISTRICT JUDGE