UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

ELIZABETH THOMAS,                                          26 Civ. 868 (PAE) (GS)
                            Plaintiff                      26 Civ. 871 (PAE) (GS)


-v-


P.C.F. PROPERTIES IN TX, LLC,
                            Defendant.


_____


**DECLARATION ELIZABETH THOMAS IN SUPPORT OF MOTION FOR RELIEF FROM JUDGMENT**

I, Elizabeth Thomas, declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the following statements are true and correct:

I am the Appellant in the above-captioned matter.

1.      On March 23, 2026, I was served via U.S. Mail with the Magistrate Judge's Report and Recommendation dated March 18, 2026. I physically received the document on March 26, 2026.

2.      Pursuant to Federal Rule of Civil Procedure 6(a)(1)(A), I excluded the day of service (March 23) and tracked a 14-day timeline starting on March 24, 2026, while completely excluding Saturdays and Sundays.

3.      My business-day calculation resulted in a target date of Friday, April 10, 2026. There are exactly 14 non-weekend days between March 24, 2026, and April 10, 2026, including both the start and end dates.

4.      I genuinely believed that under the federal 3-day mailbox rule, the Court's physical receipt of my Objections would be filed with the court on Monday, April 13, 2026, and would be fully timely under 3-day mailbox rule following that Friday calculation.

5.      On Friday, April 10, 2026, I brought my completed Objections to the United States Post Office and mailed by three (3) day priority directly to the U.S. District Clerk Office.

6.      My late filing was entirely due to an honest misinterpretation of federal 3-day mailbox rule, and was not an attempt to delay these proceedings.

Executed on this 14th day of July 2026.

/s/Elizabeth Thomas